# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1250

VERSUS

REGINALD WEEDEN                                       **OCTOBER 15, 2021**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-18-0099.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.** The district court erred in prohibiting the state from using its remaining peremptory challenges in the selection of the jury. See La. Code Crim. P. art. 799.1; see also **State v. Lewis,** 2012-1021 (La. 3/19/13), 112 So.3d 796. The district court's ruling is reversed, and the matter is remanded for further proceedings.

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT